# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Hermeko Jones               Docket No. 3:07CR00381-001

### Petition on Supervised Release

COMES NOW EDWARD J. ALLEN, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Hermeko Jones, who was placed on supervision by the Honorable James R. Spencer, Senior United States District Judge, sitting in the Court at Richmond, Virginia, on the 15th day of April, 2008, who fixed the period of supervision at four (4) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall provide the probation officer with access to requested financial information.
2. The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.
3. The defendant shall participate in a program approved by the Probation Office for mental health treatment, with the cost to be paid by the defendant, all as directed by the probation officer.
4. The defendant shall pay the balance owed on any Court-ordered financial obligations in monthly installments of not less than $25.00, starting 60 days after supervision begins until paid in full.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(See Attachments)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Bond Recommendation:** No Bond.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 20th day of December, 2016 and ordered filed and made a part of the records in the above case.<br><br>/s/<br>James R. Spencer<br>Senior U. S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on December 13, 2016<br><br>WDA for EJA<br>Edward J. Allen<br>United States Probation Officer<br><br>Place: Richmond, Virginia |

**TO CLERK'S OFFICE**                                              Prob 12A (10/16)

Case 3:23-mj-00078-JCH Document 1 Filed 12/20/23 Page 2 of 4 PageID# 59
Case 3:07-cr-00381-JRS Document 26 Filed 12/21/16 Page 2 of 3 PageID# 50

Petition on Supervised Release
Page 2
RE: JONES, Hermeko

OFFENSE: Distribution and Possession With the Intent to Distribute Five (5) Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841, a Class B Felony.

SENTENCE: 60 months imprisonment, with credit for time served; four (4) years supervised release; and a $100.00 special assessment.

WAIVER OF HEARING TO MODIFY CONDITIONS OF SUPERVISED RELEASE: On April 5, 2016, Mr. Jones' supervised release was modified to include a requirement that he serve six (6) months of home confinement with electronic monitoring, all as directed by the probation officer, as a sanction for Mr. Jones' providing false information regarding his employment.

ADJUSTMENT TO SUPERVISION: Mr. Jones' four-(4)-year-period of supervised release commenced on October 23, 2013, following his release from custody. The conditions of supervised release were reviewed and explained to him on October 24, 2013, by Supervising U.S. Probation Officer Patricia Locket-Ross. Supervision of Mr. Jones' case was transferred to Senior U.S. Probation Officer Rhonda Greene on February 5, 2014. Supervision of his case was transferred to the undersigned on February 26, 2014. The conditions of supervised release were reviewed and explained to Mr. Jones by the undersigned on April 1, 2014. Mr. Jones satisfied the $100.00 special assessment on March 2, 2012. On August 25, 2014, he was assessed by the Behavioral Awareness Center for mental health treatment. Mr. Jones successfully completed the program on July 7, 2015.

On October 12, 2014, Mr. Jones was arrested in Chesterfield, Virginia, for Possession of Synthetic Cannabinoids. He was verbally admonished, and a No Court Action Violation Report was submitted to the Court on October 17, 2014. On April 6, 2015, the charges were nolle prossed in Chesterfield General District Court.

On September 6, 2015, Mr. Jones was arrested in Chesterfield, Virginia, for Reckless Driving. A No Court Action Violation Report was submitted to the Court on September 15, 2015. On October 9, 2015, he was convicted in the Chesterfield County General District Court, and his operator's license was suspended for 90 days. Mr. Jones' operator's license was also restricted to use to and from school, for medically necessary travel, Court-ordered visitation, and to and from Court-ordered facilities. Mr. Jones was additionally ordered to pay a $150.00 fine and $87.00 court costs.

Regarding employment, Mr. Jones worked for Virginia Linen in Petersburg, Virginia, from October 9, 2012, until July 29, 2015. On June 8, 2015, he started training at Shippers' Choice of Virginia. Shippers' Choice is a Commercial Driver's License (CDL) truck driving training school. Mr. Jones should have completed this training on July 13, 2015. On September 22, 2015, this Officer met with him to inquire as to why it was taking him so long to finish the CDL training. Mr. Jones informed me he only needed to pass the written exam. He was encouraged to dedicate more time towards studying for the exam. This Officer gave Mr. Jones two weeks to complete the training. On October 20, 2015, this Officer met with Mr. Jones and the office administrator at Shippers' Choice to assess his progress in the program. This Officer learned that Mr. Jones had passed the general knowledge exam, but needed to take and pass other tests before obtaining his CDL. During the meeting, Mr. Jones blamed his lackadaisical approach to schooling on his fear of failing the driver's physical, because of the injuries he sustained in a 1998 automobile accident. Although Mr. Jones was transferred to another class, he was allowed to re-enroll with the understanding that he would report daily to

Prob 12A (10/16)

Case 3:23-mi-00078-JCH Document 1 Filed 12/20/23 Page 3 of 4 PageID# 60
Case 3:07-cr-00381-JRS Document 26 Filed 12/21/16 Page 3 of 3 PageID# 60

Petition on Supervised Release
Page 3
RE: JONES, Hermeko

complete the training in mid-November 2015. On March 17, 2016, this officer contacted the office administrator and learned that Mr. Jones had not completed the program.

On at least four occasions, from August 19, 2015, until January 11, 2016, Mr. Jones represented to this Officer that he was still employed by Virginia Linen. On January 13, 2016, this Officer contacted the Virginia Linen Human Resources Department and learned that Mr. Jones was terminated on July 29, 2015, for excessive absences. On January 13, 2016, this Officer made arrangements to meet with Mr. Jones on January 14, 2016, so he could provide me with his Virginia Linen paystubs from July 2015, through December 2015. On January 14, 2016, this Officer met with Mr. Jones, who presented several paystubs from his employment with Virginia Linen. The Virginia Linen paystubs were for his purported employment from July 2015, through December 2015. As I questioned Mr. Jones about the validity of the paystubs, he admitted to providing false documents because he was terminated from Virginia Linen in July 2015, for excessive absences. Mr. Jones' failure to be truthful and failure to maintain employment were disappointing. As a sanction, he was placed on a six-(6)-month-term of home confinement. In an effort to help Mr. Jones improve his decision-making, he was referred for participation in the U.S. Probation Office's Cognitive Behavioral Model Program (CBMP). The CBMP is designed to challenge an offender's thought process and to make the connection between how a person's thinking drives their behavior. Mr. Jones eventually completed the program on April 21, 2016. He has been working for Robinson Transportation as a driver since April 2016. Mr. Jones completed the six-(6)-month-term of home confinement on October 7, 2016.

Despite the many attempts to help Mr. Jones succeed while on supervision, he continues to make poor decisions. On December 10, 2016, Mr. Jones was arrested in Chesterfield, Virginia, and charged with a new drug distribution offense. Mr. Jones' adjustment to supervision should be considered extremely disappointing.

VIOLATIONS: The following violation is submitted for the Court's consideration.

MANDATORY CONDITION: COMMISSION OF A CRIME: SELL, POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE, 3RD SUBSEQUENT CONVICTION.

On December 10, 2016, Mr. Jones was arrested in Chesterfield, Virginia, for three counts of Sell, Possession With Intent to Distribute Controlled Substance, 3rd Subsequent Conviction. This charge is scheduled to be heard in the Chesterfield General District Court on December 28, 2016.

EJA/ltf
Attachments
c: SUSPO Andrews

Prob 12A (10/16)

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

Hermeko Jones
*Defendant*

) Case No. 3:07cr381-01
)
)
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HERMEKO JONES,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
SEE PETITION ON SUPERVISED RELEASE

Date: 12/21/2016

*Issuing officer's signature*

City and state: Richmond, Virginia

J. Smith, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*